# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: JOHNNY CRESPO MIRANDA and ROSELMI PABON MORALES
Case Number: 17-01158-EAG13                                    Chapter: 13
Date / Time / Room: 04/25/2018 09:30 am
Bankruptcy Judge: EDWARD A. GODOY
Courtroom Clerk: MARIA ELENA PINTADO
Reporter / ECR: MADELYN BEDARD

## Matter:

CONFIRMATION HEARING OF AMENDED PLAN DATED 08/30/2017 (#48)
OBJECTION TO CONFIRMATION FILED BY PEDRO A. VELEZ ALVAREZ (#54)
DEBTOR'S ANSWER (#73)

## Appearances:

JOSE RAMON CARRION MORALES
MIRIAM SOCORRO LOZADA RAMIREZ

## Proceedings:

**ORDER:**

___ Plan dated _____ [Dkt #___ ] ___CONFIRMED ___ DENIED ___LBR 3015-2(j)

  Atty.'s Fees: $_____

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed. ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

___ Debtor[s]' request for dismissal is hereby granted.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

✓ Hearing on Confirmation/Contested Matter is continued to: **July 18, 2018 at 9:30 AM** at the United States Bankruptcy Court, Southwestern Divisional Office, MCS Building, Second Floor, 880 Tito Castro Avenue, Ponce, Puerto Rico upon ___ Trustee's ___ Debtor's request. Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days from the date the amended plan is filed or seven (7) days before the date set for the first confirmation hearing as per P.R. LBR 3015-2(e)(1).

✓ Other: **Trustee is to reopen the 341 Meeting, which will take place on June 19, 2018 in Old San Juan.**

/S/EDWARD A. GODOY
U.S. Bankruptcy Judge