IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | CASE NO. 17-01158-EAG |
| JOHNNY CRESPO MIRANDA<br>ROSELMI PABON MORALES | CHAPTER 13 |
| Debtors | |

OPPOSITION TO MOTION REQUESTING DISMISSAL

TO THE HONORABLE COURT:

Now comes creditor Pedro Alexis Vélez-Alvarez, through the undersigned attorney, and respectfully states and prays:

1. On May 15, 2018, creditor Reliable Financial Services, Inc. moved the Court to dismiss debtors' Chapter 13 petition [Dk. 93], based on the same grounds as the trustee's motion to dismiss [Dk. 74].

2. On March 31, 2018, the appearing creditor filed a *Motion to Dismiss with Bar from Refiling for 180 Days*. [Dk. 75]. The trustee followed withdrawing an earlier motion to dismiss [DK. 77] while restating that the debtors were still in material default of the proposed plan. [Dk. 76]. According to the trustee's records, the last payment received from debtors in this case was on November 27, 2018. Please, see the attached Print Inquiry. Debtors have failed to amend the plan as pledged. See, debtors' *Answer to Trustee's Unfavorable Report at Doc #83*, paragraph 7.

3. At the confirmation hearing scheduled to consider debtors' amended plan dated August 30, 2017, the objection to confirmation filed by movant herein, and debtors' answer, that

1

the debtors and their attorney failed to attend, the counsel for the trustee declared that she considered it worthwhile to reopen the meeting of creditor. [Dk. 89]. A Notice of Continuance of 341 Meeting of Creditors has been filed. [Dk. 92]. The confirmation hearing was continued to July 18, 2018.

4. If the debtors fail to oppose the motion to dismiss filed by Reliable Financial Services, Inc., the Court could grant it. The due date to file an objection to the motion is June 18, 2018, or the day before the meeting of creditors.

5. Movant, Pedro A. Vélez Alvarez, is a creditor and a party in interest in this case, and a such objects to the relief sought by Reliable Financial Services, Inc. It is in the interest of justice that the Chapter 13 trustee, and of any creditor who so desires, take part in the meeting of creditors to be held on June 19, 2018 at 1:00 P.M.

6. In the alternative, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, as made applicable to bankruptcy proceedings, movant adopts by reference the pleadings set forth in the *Motion to Dismiss with Bar from Refiling for 180 Days*. [Dk. 75].

WHEREFORE, movant respectfully requests that the Motion to Dismiss filed by Reliable Financial Services, Inc., be held in abeyance until the hearing on confirmation and the contested matters to be held on July 18, 2018.

Certificate of service: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and I further certify that a copy of this motion was mailed to all other parties in interest as per the attached service list.

2

Dated: May 31, 2018.

/s/Carlos M. Vargas Muñiz
Carlos M. Vargas Muñiz
P.O. Box 1515
Mayagüez, PR 00681-1515
✉ <u>vargascarlosm1@gmail.com</u>
☎ 787-833-5115

# PRINT INQUIRY

| 17-01158-EAG | JOHNNY CRESPO MIRANDA (xxx-xx-8361) | PO BOX 1355 • • ANASCO • PR • 00610 | $400.00 MO | Bar Date(s): | 7/10/2017 (has passed) 8/22/2017 (has passed) |
| --- | --- | --- | --- | --- | --- |
| | ROSELMI PABON MORALES (xxx-xx-4626) | | | Confirmed: | Not Confirmed |
| | Trustee: José R. Carrión | | Attorney: MIRIAM LOZADA RAMIREZ ESQ* | Case Status: | ACTIVE |

## Case Profile

| Balance on Hand | $2,358.65 |
| --- | --- |
| Last Receipt Date | Monday, November 27, 2017 |
| Last Receipt Amount | $800.00 |
| Last Disburse Date | Tuesday, May 1, 2018 |
| 341 Meeting Date | Monday, April 10, 2017 9:00 AM |
| Date Petition Filed | Thursday, February 23, 2017 |
| Total Paid Into the Plan | $3,470.00 |
| Total Disbursed | $1,111.35 |
| Attorney Payee / Level | MIRIAM LOZADA RAMIREZ ESQ*  (787) 834-3004 / 4 |
| Judge | EDWARD A GODOY |
| Plan Base | $24,740.00 |
| Base Balance | $21,270.00 |
| Plan Terms | 60 |
| Months Remaining | 0 |
| Percent to Unsecureds | 0.000% |
| Bar Check Status | No |
| Disburse Flag | No |
| Months Since Confirmation | |
| Months Since Petition Filed | 15 |



Receipts last 24 months



Disbursements last 24 months

## CASE DETAIL

| Debtor Type | Individual |
| --- | --- |
| Trustee's Percentage | 5.00% |
| Total Paid to Trustee | $271.35 |
| Permanent Hold | $0.00 |
| Temporary Hold | $0.00 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

## CODES AND FLAGS

| Region | 1 - 4 |
| --- | --- |
| District | 5 - Ponce |
| Division | 1 - Division 1 |
| CaseImage | N |
| Adequate Protection | Y |
| Closed Case Maintenance | N |
| ConfirmedOver45Days | N |
| DSO Case | N |
| DBA | Y |
| Schedule Revised | Y |
| Income Tax Return | Y |
| Coupon | N |
| Qualify for Discharge | U |

## DATES AND TIMES

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 17-01158-EAG13<br>District of Puerto Rico<br>Ponce<br>Sat Mar 31 14:25:50 AST 2018 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of PR<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AMEX<br>P.O. BOX 981537<br>EL PASO, TX 79998-1537 | BANCO POPULAR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | DACO<br>BOX 41059<br>MINILLAS STATION<br>SAN JUAN, PR 00940-1059 |
| DEPARTAMENTO DEL TRABAJO<br>PO BOX 191020<br>SAN JUAN, PR 00919-1020 | FRANCISCO SANTIAGO<br>RR4 BOX 8072<br>ANASCO, PR 00610 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>ATTN. BANKRUPTCY DEPT.<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | PEDRO VELEZ ALVAREZ<br>URB BRISAS DE ANASCO<br>G10 CALLE 6<br>ANASCO, PR 00610-2807 | Pedro Alexis Velez Alvarez<br>Urb. Brisas de Anasco<br>G10 calle 6<br>Anasco, PR 00610-2807 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | JOHNNY CRESPO MIRANDA<br>PO BOX 1355<br>ANASCO, PR 00610-1355 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MIRIAM SOCORRO LOZADA RAMIREZ<br>MIRIAM LOZADA RAMIREZ,ESQ.<br>URB. PASEO LOS ROBLES<br>3020 JOSE MONGE<br>MAYAGUEZ, PR 00682-7918 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | PEDRO A VELEZ ALVAREZ<br>URB. BRISAS DE ANASCO<br>CALLE 6 G-10<br>ANASCO, PR 00610-2807 |
| ROSELMI PABON MORALES<br>PO BOX 1355<br>ANASCO, PR 00610-1355 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>ACS SUPPORT<br>PO BOX 57<br>BENSALEM, PA 19020-8514 | (d)RELIABLE FINANCIAL SERVICES, INC.<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients    0<br>Total                 18 |